UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NASCA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE OF NORTH AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-CV-900 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 20) |

Presently before the Court is the Parties' Joint Motion to Dismiss Action with Prejudice (ECF No. 20). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: November 20, 2020

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge